UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | | |
|---|---|---|
| LALEMANT NV, | : | |
| | : | |
| Plaintiff, | : | |
| | : | |
| v. | : | CIVIL ACT. NO. 1:20-cv-23-TFM-N |
| | : | |
| ANTEX INTERTRADE, LTD., | : | FRCP 9(h) |
| *in personam*, and 50,000 METRIC TONS | : | In Admiralty |
| MORE OR LESS OF ANTHRACITE | : | |
| COAL ABOARD M/V STAR AQUILA, | : | |
| *in rem*, | : | |
| | : | |
| Defendants. | : | |

## ORDER

Pending before the Court is Plaintiff Lalemant NV's *Notice of Dismissal*. Doc. 8, filed January 24, 2020. The Rules of Civil Procedure permit a plaintiff to voluntarily dismiss the action without an order of the court "by filing a notice of dismissal before the opposing party serves either an answer or a motion for summary judgment" or "a stipulation signed by all parties who have appeared." FED. R. CIV. P. 41(a)(1)(A). The notice of dismissal was filed before the opposing party served either an answer or a motion for summary judgment. Consequently, by operation of Fed. R. Civ. P. 41, this action has been dismissed in accordance with the notice. Therefore, this case is dismissed without prejudice with each party to bear their own attorneys' fees and costs.

The previously issued arrest warrants are hereby **CANCELLED**, any remaining motions are **DENIED as moot**, and the Clerk of the Court is **DIRECTED** to close this case.

**DONE** and **ORDERED** this 28th day of January 2020.

/s/ Terry F. Moorer
TERRY F. MOORER
UNITED STATES DISTRICT JUDGE